JUDGE CASTEL

86-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
LORIE SHIPPING INC and
MARIA SHIPPING AND TRANSPORT INC
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

**08 CV 01598**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LORIE SHIPPING INC and
MARIA SHIPPING AND TRANSPORT INC,                       08 CV

                 Plaintiffs,

    -against-                                            **RULE 7.1 STATEMENT**

ZENON PETROLEUM AND GAS LTD,

                 Defendant.
------------------------------------------------------------------------x



RECEIVED
FEB 15 2008
U.S.D.C. S.D. N.Y.
CASHIERS

       The Plaintiffs, LORIE SHIPPING INC and MARIA SHIPPING AND TRANSPORT INC, by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       February 15, 2008       FREEHILL HOGAN & MAHAR, LLP
                                           Attorneys for Plaintiffs
                                           LORIE SHIPPING INC and
                                           MARIA SHIPPING AND TRANSPORT INC

                By:     _____
                             Michael E. Unger (MU 0045)
                             80 Pine Street
                             New York, NY 10005
                             Telephone: (212) 425-1900
                             Facsimile: (212) 425-1901

NYDOCS1/299193.1