USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

86-08/MEU

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   08 CV 1598 (PKC)

LORIE SHIPPING INC and MARIA SHIPPING
AND TRANSPORT INC,

                Plaintiff,

- against –

ZENON PETROLEUM AND GAS LTD,

                DefendantS.
------------------------------------------------------------x

**ORDER DIRECTING RELEASE OF FUNDS AND DISCONTINUANCE OF ACTION**

It having been reported to the Court that the parties have settled this matter, and no appearance having been made on behalf of the defendants;

IT IS HEREBY ORDERED that any funds restrained pursuant to the Process of Maritime Attachment and Garnishment authorized by this Court, being sent to/from Defendant be released in accordance with the original wire transfer instructions; and

IT IS FURTHER ORDERED that this action be dismissed with prejudice and without costs as to either party.

SO ORDERED:

March 19, 2008

_____
Hon. P. Kevin Castel
U.S.D.J.

NYDOCS1/300860.1